| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PLATINUM GATEWAY II, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  HOLIDAY INN EXPRESS CENTRAL** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1634521** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**165 CHAFFIN PL**<br>**Murfreesboro, TN 37129**<br>Number, Street, City, State & ZIP Code<br><br>**Rutherford**<br>County | **Mailing address, if different from principal place of business**<br><br>**111 BROADWAY**<br>**SUITE**<br>**Nashville, TN 37201**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No<br>■ Yes. |
|---|---|---|

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**          Relationship _____
District _____  When _____  Case number, if known _____

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes. | Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | PLATINUM GATEWAY II, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 29, 2023**
             MM / DD / YYYY

**X /s/ MITCH PATEL**                                      **MITCH PATEL**
Signature of authorized representative of debtor            Printed name

Title  **MANAGER OF LLC**

---

**18. Signature of attorney**

**X /s/ Steven L. Lefkovitz**                              Date **September 29, 2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone  **615-256-8300**       Email address  **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **COOKEVILLE PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **DESTIN PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **LEBANON PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **MURFREESBORO PLATINUM, LLC** | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known | |
| Debtor | **VMW, LLC** | | Relationship to you | |
| District | **TO BE FILED MIDDLE DISTRICT OF TN** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name: **PLATINUM GATEWAY II, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 29, 2023**     X **/s/ MITCH PATEL**
Signature of individual signing on behalf of debtor

**MITCH PATEL**
Printed name

**MANAGER OF LLC**
Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: **PLATINUM GATEWAY II, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amazon<br>PO Box 960013<br>Orlando, FL 32896 | | | | | | $1,779.02 |
| Anthony Travel<br>7920 Belt ILine Road, Suite 1010<br>Dallas, TX 75254 | | | | | | $2,085.00 |
| Attract Staffing Service, Inc<br>663 E Shipwreck Rd<br>Santa Rosa Beach, FL 32459 | | | | | | $74,966.16 |
| Camera Security Pro<br>4025 Pepperwood Dr<br>Antioch, TN 37013 | | | | | | $7,350.00 |
| City of Murfreesboro<br>PO Box 1139<br>Murfreesboro, TN 37133 | | | | | | $11,889.00 |
| Coca Cola<br>PO Box 602937<br>Charlotte, NC 28260 | | | | | | $8,453.91 |
| DIRECTV<br>P. O. Box 105249<br>Atlanta, GA 30348 | | | | | | $1,416.24 |
| Guest Supply<br>P.O. Box 6771<br>Somerset, NJ 08875 | | | | | | $5,890.65 |
| IHG Hotels Group<br>P.O. Box 101074<br>Atlanta, GA 30392 | | | | | | $33,432.94 |
| Murfreesboro Water Resources Dept<br>PO Box 897<br>Murfreesboro, TN 37133 | | | | | | $4,306.62 |

Debtor  **PLATINUM GATEWAY II, LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Nashville Machine Company** <br> PO Box 101603 <br> Nashville, TN 37224 | | | | | | $1,841.38 |
| **Platinum Management Services** <br> 111 Broadway Suite 300 <br> Nashville, TN 37201 | | | | | | $6,253.78 |
| **Royal Cup Coffee** <br> PO Box 841000 <br> Dallas, TX 75284 | | | | | | $1,491.68 |
| **samarco Plumbing company** <br> 1002 Kelsey Glen Drive <br> Mt Juliet, TN 37122 | | | | | | $2,900.00 |
| **Small Business Administration** <br> PO Box 3918 <br> Portland, OR 97208 | | | | | | $5,117.00 |
| **Sysco** <br> 300 Davidson Avenue <br> Somerset, NH 08873 | | | | | | $7,682.99 |
| **Teb Batey, Rutherford County Trustee** <br> PO Box 1316 <br> Murfreesboro, TN 37133 | | | | | | $78,218.50 |
| **The Head Grounds Keeper** <br> 1573 Bob Bullock Road <br> Cookeville, TN 38506 | | | | | | $5,730.00 |
| **TK Elevator Corporation** <br> PO Box 3796 <br> Carol Stream, IL 60132 | | | | | | $8,207.74 |
| **Uniguest** <br> P.O. Box 306225 <br> Kraft Dr <br> Nashville, TN 37230 | | | | | | $1,420.25 |

| | | |
|---|---|---|
| PLATINUM GATEWAY II, LLC<br>111 BROADWAY<br>SUITE<br>NASHVILLE TN 37201 | IHG HOTELS GROUP<br>P.O. BOX 101074<br>ATLANTA GA 30392 | TK ELEVATOR CORPORATION<br>PO BOX 3796<br>CAROL STREAM IL 60132 |
| STEVEN L. LEFKOVITZ<br>LEFKOVITZ & LEFKOVITZ<br>908 HARPETH VALLEY PLACE<br>NASHVILLE, TN 37221 | MURFREESBORO WATER RESOURCES DEPT<br>PO BOX 897<br>MURFREESBORO TN 37133 | US FOODS<br>P.O. BOX 306225 KRAFT DR<br>NASHVILLE TN 37230 |
| AMAZON<br>PO BOX 960013<br>ORLANDO FL 32896 | NASHVILLE MACHINE COMPANY<br>PO BOX 101603<br>NASHVILLE TN 37224 | |
| ANTHONY TRAVEL<br>7920 BELT LLINE ROAD, SUITE 1010<br>DALLAS TX 75254 | PLATINUM MANAGEMENT SERVICES<br>111 BROADWAY SUITE 300<br>NASHVILLE TN 37201 | |
| ATTRACT STAFFING SERVICE, INC<br>663 E SHIPWRECK RD<br>SANTA ROSA BEACH FL 32459 | ROYAL CUP COFFEE<br>PO BOX 841000<br>DALLAS TX 75284 | |
| CAMERA SECURITY PRO<br>4025 PEPPERWOOD DR<br>ANTIOCH TN 37013 | SAMARCO PLUMBING COMPANY<br>1002 KELSEY GLEN DRIVE<br>MT JULIET TN 37122 | |
| CITY OF MURFREESBORO<br>PO BOX 1139<br>MURFREESBORO TN 37133 | SMALL BUSINESS ADMINISTRATION<br>PO BOX 3918<br>PORTLAND OR 97208 | |
| COCA COLA<br>PO BOX 602937<br>CHARLOTTE NC 28260 | SYSCO<br>300 DAVIDSON AVENUE<br>SOMERSET NH 08873 | |
| DIRECTV<br>P. O. BOX 105249<br>ATLANTA GA 30348 | TEB BATEY, RUTHERFORD COUNTY TRUSTEE<br>PO BOX 1316<br>MURFREESBORO TN 37133 | |
| GUEST SUPPLY<br>P.O. BOX 6771<br>SOMERSET NJ 08875 | THE HEAD GROUNDS KEEPER<br>1573 BOB BULLOCK ROAD<br>COOKEVILLE TN 38506 | |